GOLDSMITH & BURNS #85018
Attorney At Law
Stuart D. Meyers
Attorney Bar #51150
18425 Burbank Blvd. Ste. 615
Tarzana, CA 91356-2821
(818) 708-2585

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. A98 8916 |
| Plaintiff, ) | DEFAULT JUDGMENT |
| v. ) | |
| RACHEL J. CORDELL AKA RACHEL ) JILL CORDELL AKA JILL CORDELL) | |
| Defendant, ) | |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from RACHEL J. CORDELL AKA RACHEL JILL CORDELL AKA JILL CORDELL the sum of $2,715.42 as principal, $1,890.42 as accrued prejudgment interest, $40.00 for penalties/administrative charges, and $182.50 for court cost, plus $471.55 attorney fees, less credits of $0.00 for a total amount of $5,299.89, plus interest from January 15, 1999 at the rate of $0.60 per day to date of entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATE: JAN 21 1999

✓ Docketed
✓ Mld copy Ptys
___ Mld Notice Ptys
✓ JS-6

SHERRI R. CARTER, CLERK COURT
U.S. District Court Central
District of California

BY: _____
DEPUTY CLERK